# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: AER Advisors Inc et al v. FMR LLC et al

District Court Number: 17cv12214-PBS

Fee: Paid? Yes X   No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No X      Sealed documents   Yes X  No ____
If yes, document # _____        If yes, document #   41

*Ex parte* documents   Yes ____ No X     Transcripts   Yes X  No ____
If yes, document # _____        If yes, document #   59,91

Notice of Appeal filed by: Plaintiff/Petitioner X   Defendant/Respondent ____   Other: ____

Appeal from:

#100 Memorandum and Order, #101 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#100, #101, and #102

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  102   filed on September 13, 2018  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  September 14, 2018 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**